efiled 6/12/07

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL KENTREL BROWN, | ) | No. C 06-0264 JF (PR) |
| Petitioner, | ) ) | ORDER GRANTING PETITIONER'S REQUESTS FOR EXTENSION OF TIME |
| v. | ) ) | |
| TOM L. CAREY, Warden | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | (Docket Nos. 21, 22) |

Petitioner, a California prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court initially denied Petitioner's motion to stay the instant petition and dismissed the petition with leave to amend in order for Petitioner to identify all of his claims, both exhausted and unexhausted, that he intended to raise in this Court. Petitioner filed a motion for extension of time, an amended petition, a renewed motion to stay and abey his amended petition, and a motion for discovery. On April 25, 2007, the Court granted Petitioner's motion for extension of time and granted Petitioner's motion to stay the amended petition. The Court denied Petitioner's motion for discovery without prejudice. The Court administratively closed the instant case and notified Petitioner

Order Granting Petitioner's Requests for Extension of Time
P:\pro-se\sj.jf\hc.06\Brown264ext

that he should present his unexhausted claims to the California Supreme Court within thirty days.

On May 14 and May 18, 2007, Petitioner filed letters with the Court requesting an extension of time to file his unexhausted claims in the state supreme court and requesting a copy of his amended petition. The Court concludes that Petitioner has shown good cause for such extension. Petitioner's requests for extension of time (docket nos. 21, 22) are GRANTED. Petitioner shall present his unexhausted claims to the California Supreme Court **within thirty days** of the date of this order.

The Court notes that Petitioner is required to pay for any copies of documents that he needs, even if he is proceeding in forma pauperis in this action. However, the Court will enclose a copy of the amended petition with this order. Any further requests for copies of documents must be made by sending the enclosed form to the Clerk of Court with pre-payment from Petitioner's trust account.

## CONCLUSION

1. Petitioner's requests for extension of time (docket nos. 21, 22) are GRANTED.

2. Petitioner shall present his unexhausted claims to the California Supreme Court **within thirty days** of the date this order is filed.

3. Once the California Supreme Court has issued a decision on Petitioner's additional claims, and if he has not obtained relief in state court, Petitioner shall promptly notify this Court within thirty days of the California Supreme Court's decision.

4. The case shall remain administratively closed pending the stay of this action.

IT IS SO ORDERED.

DATED: 6/12/07

JEREMY FOGEL
United States District Judge

Order Granting Petitioner's Requests for Extension of Time
P:\pro-se\sj.jf\hc.06\Brown264ext      2

A copy of this ruling was mailed to the following:

Michael Kentrel Brown
T-70229
CSP -Corcoran
P.O. Box 3466
Corcoran, CA  93212

Order Granting Petitioner's Requests for Extension of Time
P:\pro-se\sj.jf\hc.06\Brown264ext                3