**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL KENTREL BROWN, | ) | No. C 06-00264 JF (PR) |
|     Petitioner, | ) ) ) | ORDER REOPENING HABEAS ACTION |
| v. | ) ) | |
| TOM L. CAREY, Warden | ) ) | |
|     Respondent. | ) ) | |
| _____ | ) | |

Petitioner, a California prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court granted Petitioner's motion for stay his amended petition to exhaust additional claims in the state courts on April 25, 2007. Petitioner was directed to notify the Court within thirty days of the California Supreme Court's decision denying him relief to reopen this action. Petitioner has filed notice that he has exhausted his claims in the state court. (Docket No. 25.) Accordingly, the Court will reopen the instant case. The clerk shall REOPEN the file.

IT IS SO ORDERED.

DATED: __5/22/09_____

_____
JEREMY FOGEL
United States District Judge

Order Reopening Habeas Action
P:\PRO-SE\SJ.JF\HC.06\Brown264_reopen.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL K BROWN,

        Petitioner,

  v.

TOM L CAREY, Warden,

        Respondent.

Case Number: CV06-00264 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  5/29/09 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Kentrel Brown T-70229
CSP-Corcoran
P.O. Box 3466
3B04-201-L
Corcoran, CA 93212

Dated:  5/29/09

                               Richard W. Wieking, Clerk